COPY

1  KATTEN MUCHIN ROSENMAN LLP
   Kristin L. Holland (SBN 187314)
2  kristin.holland@kattenlaw.com
   Janella T. Gholian (SBN 258155)
3  janella.gholian@kattenlaw.com
   Robert J. Dwyer (SBN 288122)
4  robert.dwyer@kattenlaw.com
5  2029 Century Park East, Suite 2600
   Los Angeles, CA 90067-3012
6  Telephone: 310.788.4400
7  Facsimile: 310.788.4471

8  Attorneys for Defendant
   SCRIPPS NETWORKS INTERACTIVE, INC.
9

FILED
13 JUN 12 PM 1:32
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY: _____

## UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| WILLIAM MORRIS ENDEAVOR ENTERTAINMENT, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>SCRIPPS NETWORKS INTERACTIVE, INC., an Ohio corporation; and DOES 1–50, inclusive,<br><br>Defendants. | Case No.<br><br>CV13- 4229 JAK (AJWx)<br><br>**DEFENDANT SCRIPPS NETWORKS INTERACTIVE, INC.'S NOTICE OF RELATED CASES**<br><br>(Local Rule 83-1.3) |

DEFENDANT'S NOTICE OF RELATED CASES

1  Pursuant to Local Rule 83-1.3.1 of the Local Civil Rules for the United States District court for the Central District of California, defendant Scripps Networks Interactive, Inc. ("SNI"), hereby represents that it is unaware of any action previously filed or currently pending that is related to the instant action.

Respectfully submitted,

Dated: June 12, 2013

**KATTEN MUCHIN ROSENMAN LLP**
Kristin L. Holland
Janella T. Gholian
Robert J. Dwyer

By: _____
Kristin L. Holland
Attorneys for Defendant
SCRIPPS NETWORKS INTERACTIVE, INC.