

1  KATTEN MUCHIN ROSENMAN LLP
   Kristin L. Holland (SBN 187314)
2  kristin.holland@kattenlaw.com
   Janella T. Gholian (SBN 258155)
3  janella.gholian@kattenlaw.com
   Robert J. Dwyer (SBN 288122)
4  robert.dwyer@kattenlaw.com
5  2029 Century Park East, Suite 2600
   Los Angeles, CA 90067-3012
6  Telephone: 310.788.4400
7  Facsimile: 310.788.4471

8  Attorneys for Defendant
   SCRIPPS NETWORKS INTERACTIVE, INC.
9

10              UNITED STATES DISTRICT COURT

11           FOR THE CENTRAL DISTRICT OF CALIFORNIA

12                      WESTERN DIVISION

| | |
|---|---|
| WILLIAM MORRIS ENDEAVOR ENTERTAINMENT, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>SCRIPPS NETWORKS INTERACTIVE, INC., an Ohio corporation; and DOES 1–50, inclusive,<br><br>Defendants. | Case No. CV13- 4229 JAK (AJWx)<br><br>**DECLARATION OF ROBERT J. DWYER IN SUPPORT OF SCRIPPS NETWORKS INTERACTIVE, INC.'S NOTICE OF REMOVAL**<br><br>[Filed Concurrently with Defendant's Notice of Removal, Request for Judicial Notice] |

DECLARATION OF ROBERT J. DWYER IN SUPPORT OF DEFENDANT'S NOTICE OF REMOVAL

# DECLARATION OF ROBERT J. DWYER

ROBERT J. DWYER declares as follows:

1. I am an associate in the law firm Katten Muchin Rosenman LLP, which is counsel of record for Defendant Scripps Networks Interactive, Inc. ("Scripps" or "Defendant"). I have personal knowledge of the facts set forth in this Declaration, except for matters that have been stated based upon my information and belief, and if I were called as a witness in this action, I could and would competently testify to those facts under oath.

2. From June 3, 2013 to June 7, 2013, I directed research aimed at discovering the names and citizenship of the members of plaintiff William Morris Endeavor Entertainment, LLC ("Plaintiff") by searching public records, including records available through the Delaware Department of Corporations and the California Secretary of State. I also directed the same research in other databases, including Dun & Bradstreet, Inc., Hoover's, Inc., and Bureau van Dijk/Mint Global. I also researched public court documents available in PACER.

3. In my research in PACER, I discovered two cases in which Plaintiff removed a case to federal court on the basis of diversity of citizenship.

4. On June 6, 2013, I directed research and ran reports for each person listed as a member of Plaintiff's LLC in the above public records and databases.

5. The above research did not indicate that any member of Plaintiff's LLC has been a citizen of Ohio or Tennessee at any time.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this Declaration was executed at Los Angeles, California on June 12, 2013.

_____
ROBERT J. DWYER

DECLARATION OF ROBERT J. DWYER IN SUPPORT OF DEFENDANT'S NOTICE OF REMOVAL